

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Roberto Mauro Morales, Jr.,                  * From the 142nd District Court
of Midland County,
Trial Court No. CR55044

Vs. No. 11-22-00111-CR                * July 13, 2023

The State of Texas,                    * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.